**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ANGELA LITTLEJOHN and SAS STEIN, on behalf of themselves and all similarly situated employees, | Case No. 17-cv-60810-BLOOM/Valle |
| Plaintiffs, | **JURY TRIAL DEMANDED** |
| v. | |
| SUNSHINE RESTAURANT MERGER SUB, LLC and SUNSHINE RESTAURANT PARTNERS, LLC, together d/b/a IHOP, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSSAL**

Plaintiffs, ANGELA LITTLEJOHN and SAS STEIN, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby serve notice of the dismissal, without prejudice, of this action as to all Defendants. Defendants have not served an answer to the Complaint nor served a motion for summary Judgment.

Dated: Boca Raton, Florida
July 27, 2017

Respectfully submitted,

**/s/ Alan L. Quiles**
Alan L. Quiles, Esq.
E-Mail: aquiles@shavitzlaw.com
Florida Bar No. 62431
Gregg I. Shavitz, Esq.
E-mail: gshavitz@shavitzlaw.com
Florida Bar No. 11398
**SHAVITZ LAW GROUP, P.A.**
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: 561-447-8888
Facsimile: 561-447-8831

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ Alan L. Quiles